# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR LEIGH PLAINBULL,<br><br>Defendant. | MJ 20-95-BLG-TJC<br><br>ORDER |

Based upon the motion of the United States (Doc. 7), and good cause appearing, IT IS ORDERED that the criminal complaint and affidavit are UNSEALED.

DATED this 27th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge