# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR LEIGH PLAIN BULL,<br><br>Defendant. | CR 20-136-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss the Amended Superseding Information with Prejudice (Doc. 34) pursuant to Fed. R. Crim. P. 48(a), and for good cause appearing,

**IT IS HEREBY ORDERED** that the amended superseding information is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all deadlines and the sentencing hearing presently set for Friday, July 23, 2021 at 9:30 a.m. are **VACATED.**

1

The clerk of Court is directed to notify the parties of the making of this Order.

DATED this 14th day of April, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge